IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CR-049-KDB-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| DUSTIN ERIC WILSON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Reopen Detention Hearing And Review Detention Order" (Document No. 83) filed May 10, 2024. The Court conducted a hearing in this matter on May 15, 2024, after which the Court took the matter under advisement. To further aid the Court's consideration, the undersigned – with Defendant's knowledge – conducted a telephone conference with counsel for both parties on May 17, 2024. After careful consideration, the Court will respectfully deny the motion (Document No. 83), but will direct the Clerk to set this matter for a Status Hearing during the week of June 3, 2024.

Defendant was charged in the Superseding Indictment in this case with multiple drug and gun-related charges (Document No. 21) on December 12, 2023. On January 10, 2024, Magistrate Judge Susan Rodriguez entered a Detention Order in Defendant's case. (Document No. 67). On April 16, 2024, Defendant filed his "Motion To Reopen Detention Hearing And Review Detention Order" (Document No. 79); the Government filed its response on April 23, 2024 (Document No. 80). On April 30, 2024, the Court filed a Text-Only Order denying Defendant's motion without prejudice. On May 10, 2024, Defendant filed the instant motion, his "Motion To Reopen Detention Hearing And Review Detention Order" (Document No. 83).

The situation here, simply stated, is that the Court denied Defendant's initial motion to reconsider Defendant's bond (Document No. 79). The Court did so under the impression that the medical needs that were the basis of that motion would be promptly addressed by officials at the McDowell County Jail. They were not, which prompted the instant motion to review its earlier order (Document No. 83). Defendant's counsel argues that Defendant's serious dental issue has not been addressed, and therefore, Defendant should be given a bond, or in the alternative, the Court should order Defendant moved to a different jail where he can be more promptly cared for. Id.

As noted, the Court held a hearing to address this matter. The Court directed Defendant's counsel to communicate with Supervisory Deputy Marshal Otis Hamilton about this matter and to then convene a call with the Court and opposing counsel for the Government. Defendant's counsel, Mr. Roderick Wright, did this, and a telephone conference was convened on May 17, 2024. Technically, the Defendant is requesting a bond, but to be fair, Defendant is not a good candidate for bond based on the charges and his prior criminal record, among other things. The real question here is thus whether the Court would direct that Defendant be moved to a different jail to accelerate his medical treatment.

The Court cares earnestly about the welfare of Defendants detained pursuant to orders of the Court under the Bail Reform Act. Having said that, the undersigned is not the Sheriff of McDowell County or the United States Marshal for this district. Based on the totality of the record in the case, including the May 17, 2024 telephone conference with counsel, the Court concludes that the quickest way for Defendant to receive the medical treatment he needs is to remain where he is – in the McDowell County Jail. Arrangements are being made for Defendant to be seen by a dentist as soon as practically possible. To ensure that this occurs, while the Court will deny

2

Case 5:23-cr-00049-KDB-DCK   Document 85   Filed 05/23/24   Page 2 of 3

Defendant's motion, it will direct the setting of a future Status Hearing to evaluate this matter further if needed.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Reopen Detention Hearing And Review Detention Order" (Document No. 83) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall set this matter for a Status Hearing during the week of June 3, 2024.

**SO ORDERED**.

Signed: May 22, 2024

David C. Keesler
United States Magistrate Judge